United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LYNDA PINTO, § § § | | |
| Plaintiffs, § § | CIVIL ACTION NO. 18-cv-2674 | |
| v. § § | | |
| CARDIAC IMAGING, INC., SAMUEL R. KANCHERLAPALLI, AND RICK P. NASSENSTEIN, § § § § | Judge Ewing Werlein, Jr. | |
| Defendants. § | | |

## ORDER OF DISMISSAL

The United States and Relator having entered into a final and binding settlement agreement with Defendants Cardiac Imaging, Inc. and Sam Kancherlapalli and having stipulated to dismissal of the above-captioned *qui tam* action as it relates to those Defendants subject to the terms and conditions of their settlement agreement,

**IT IS HEREBY ORDERED** that all claims asserted by Relator on behalf of the United States for the Covered Conduct set forth in the Joint Stipulation of Dismissal are dismissed with prejudice as to Defendants Cardiac Imaging, Inc. and Sam Kancherlapalli, and any other claims asserted by Relator on behalf of United States against Defendants Cardiac Imaging, Inc. and Sam Kancherlapalli are dismissed without prejudice to the United States and with prejudice to Relator.

SIGNED on this the ____ day of October, 2023, at Houston, Texas.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE