UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel. LYNDA PINTO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18CV2674 |
| RICK P. NASSENSTEIN, | § § § | |
| Defendant, | § § | |

## ADR MEMORANDUM TO THE COURT

    The mediator informs the court that mediation is on-going and that the parties require additional time to complete this process. The undersigned will inform the court as soon as the case either settles or is at an impasse.

Dated: May 7, 2025.

_____
Nancy K. Johnson
Mediator