UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *Ex rel.* LYNDA PINTO, § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> RICK NASSENSTEIN, § <br> *Defendant.* § | CASE NO. 18-cv-2674 |

### JOINT NOTICE OF SETTLEMENT

The United States and Defendant Rick Nassenstein notify the Court that they have negotiated a settlement in principle that, if approved by the responsible officials within the government, will resolve all claims in this action. *See* S.D. Tex. LR 16.3. Relator Pinto has agreed the settlement in principle is fair, adequate, and reasonable. *See* 31 U.S.C. § 3730(c)(2)(B). The United States is in the process of seeking authority to enter into the settlement, and the parties are in the process of negotiating terms for the settlement agreement and negotiating issues specific to the Relator. *See id.* § 3730(d).

Accordingly, the parties jointly request that all deadlines and proceedings in this action be stayed pending the execution of a settlement agreement by the parties. The parties anticipate filing a formal dismissal as soon as possible after the settlement agreement is fully executed. The parties will file a status report by August 29, 2025, if the settlement agreement has not been fully executed by that date.

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL

NICHOLAS J. GANJEI
UNITED STATES ATORNEY

By: /s/ *Melissa M. Green*
MELISSA M. GREEN
Assistant United States Attorney
*Attorney-in-Charge*
Texas Bar No. 24097419
Federal ID No. 2982744
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9519
Facsimile: (713) 718-3303
Email: Melissa.Green@usdoj.gov

JAMIE A. YAVELBERG
SARA MCLEAN
SAMUEL R. LEHMAN
DAVID M. FINKELSTEIN
Attorneys, Civil Division
U.S. Department of Justice
175 N Street NE
Washington, DC. 20002
Telephone: (202) 307-2151
Facsimile: (202) 514-0280
Email:  David.M.Finkelstein@usdoj.gov

COUNSEL FOR THE UNITED STATES OF AMERICA

/s Brian E. Dickerson
Brian E. Dickerson (*Admitted Pro Hac Vice*)
Casey H. Cusick (*Admitted Pro Hac Vice*)
**THE DICKERSON LAW GROUP, P.A.**
6846 Trail Boulevard
Naples, FL 34108
Tel: (202) 570-0248
*bdickerson@dickerson-law.com*
*ccusick@dickerson-law.com*

COUNSEL FOR DEFENDANT, RICK NASSENSTEIN

**CERTIFICATE OF CONFERENCE**

I certify that on July 8, 2025, counsel for the United States conferred with defense counsel regarding this Joint Notice of Settlement.

/s/*Melissa M. Green*
MELISSA M. GREEN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2025, the foregoing was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ *Melissa M. Green*
MELISSA M. GREEN
Assistant United States Attorney