UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Ex rel.* LYNDA PINTO,<br>   *Plaintiff*<br><br>v.<br><br>RICK NASSENSTEIN,<br>   *Defendant.* | §<br>§<br>§<br>§<br>§   CASE NO. 18-cv-2674<br>§<br>§<br>§<br>§ |

## STATUS REPORT REGARDING SETTLEMENT

The United States and Defendant Rick Nassenstein submit this joint status report in response to this Court's Order, ECF No. 84, requiring the parties to file a joint status report regarding the status of settlement by October 29, 2025. On July 8, 2025, the parties notified this Court that they agreed in principle to a settlement that, if approved by the responsible officials within the government, would resolve all claims in this action. *See* ECF No. 82. The United States has now obtained the necessary approvals, the parties have negotiated final settlement terms, have partially executed the agreement, and anticipate being able to fully execute the agreement by the end of next week.

The parties anticipate filing a formal dismissal as soon as possible after the settlement agreement is fully executed. However, the appropriations act that had been funding the federal government expired on September 30, 2025, and appropriations to the Department of Justice and the Department of Health & Human Services ("HHS") has lapsed. Accordingly, the parties jointly request that all deadlines and proceedings in this action continue to be stayed until Congress has restored appropriations.

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL

NICHOLAS J. GANJEI
UNITED STATES ATORNEY

By: /s/Melissa M. Green
MELISSA M. GREEN
Assistant United States Attorney
*Attorney-in-Charge*
Texas Bar No. 24097419
Federal ID No. 2982744
1000 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9519
Facsimile: (713) 718-3303
Email: Melissa.Green@usdoj.gov

JAMIE A. YAVELBERG
NATALIE WAITES
DAVID M. FINKELSTEIN
Attorneys, Civil Division
U.S. Department of Justice
175 N Street NE
Washington, DC. 20002
Telephone: (202) 307-2151
Facsimile: (202) 514-0280
Email:   David.M.Finkelstein@usdoj.gov

COUNSEL FOR THE UNITED STATES OF AMERICA

*/s/ Brian E. Dickerson\**
Brian E. Dickerson (*Admitted Pro Hac Vice*)
Casey H. Cusick (*Admitted Pro Hac Vice*)
**THE DICKERSON LAW GROUP, P.A.**
6846 Trail Boulevard
Naples, FL 34108
Tel: (202) 570-0248
*bdickerson@dickerson-law.com*
*ccusick@dickerson-law.com*

COUNSEL FOR DEFENDANT
*Signed with permission

**CERTIFICATE OF CONFERENCE**

I certify that on October 29, 2025, counsel for the United States conferred with defense counsel regarding this Joint Notice of Settlement.

/s/*Melissa M. Green*
MELISSA M. GREEN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2025, the foregoing was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ *Melissa M. Green*
MELISSA M. GREEN
Assistant United States Attorney