United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LYNDA PINTO, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 18-cv-2674 |
| CARDIAC IMAGING, INC., SAMUEL R. KANCHERLAPALLI, AND RICK P. NASSENSTEIN, | Judge Ewing Werlein, Jr. |
| Defendants. | |

## ORDER OF DISMISSAL

The United States and Relator having entered into a final and binding settlement agreement regarding the payment of a share of the proceeds of this action, and having stipulated to dismissal of Relator's claim against the United States pursuant to their settlement agreement,

**IT IS HEREBY ORDERED** that all claims asserted by the Relator against the United States under 31 U.S.C. § 3730(d) are dismissed with prejudice pursuant to Rule 41(a)(1).

SIGNED on this the 15TH day of January, 2026, at Houston, Texas.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE